CITY OF CLEVELAND, APPELLEE, *v.* DESTINY VENTURES, L.L.C., APPELLANT.

[Cite as *Cleveland v. Destiny Ventures, L.L.C.,*
125 Ohio St.3d 540, 2010-Ohio-2320.]

(No. 2008–2230—Submitted December 2, 2009—Decided May 26, 2010.)

**Per Curiam.**

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Cleveland v. Washington Mut. Bank,* 125 Ohio St.3d 541, 2010-Ohio-2219, —— N.E.2d ——, 2010 WL 2134307, and the cause is remanded to the trial court for further proceedings not inconsistent with *Cleveland v. Washington Mut. Bank.*

Judgment reversed
and cause remanded.

PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

BROWN, C.J., not participating.

---

Robert J. Triozzi, Cleveland Law Director, and Karyn J. Lynn, Assistant Law Director, for appellee.

Michael A. Poklar, for appellant.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, Alexandra T. Schimmer, Chief Deputy Solicitor General, and Mark Wiseman, Assistant Attorney General, urging affirmance for amicus curiae Ohio Attorney General.

John P. Curp, Cincinnati City Solicitor, Ernest F. McAdams Jr., City Prosecuting Attorney, and Keith C. Forman, Assistant City Prosecuting Attorney, urging affirmance for amicus curiae city of Cincinnati.